# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2601
LT Case No. 2021-CF-000322
2021-CF-000321

_____

TROY RANDLE STALTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

December 21, 2023

PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgment and sentence imposed by the trial court but remand for the trial court to correct the written judgment in 2021-CF-000322 to reflect that Appellant was convicted in count 2 for trafficking in morphine under section 893.135(1)(c), Florida Statutes; count 4 for trafficking in oxycodone under section 893.135(1)(c), Florida Statutes; count 6 for trafficking in LSD under section 893.135(1)(l), Florida Statutes; and count 8 for trafficking in MDMA under section 893.135(1)(k), Florida Statutes. *See Davis v. State*, 211 So. 3d 354, 354 (Fla. 5th DCA 2017) ("We remand only for correction of a scrivener's error in judgment" in an *Anders* case.).

AFFIRMED; REMANDED for correction of scrivener's errors.

MAKAR, BOATRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

---

[1] *Anders v. California*, 386 U.S. 738 (1967).